HARVEY P. SACKETT (72488)

**SACKETT AND ASSOCIATES**
A PROFESSIONAL LAW CORP.

1055 Lincoln Avenue
Post Office Box 5025
San Jose, California 95150-5025
Telephone: (408) 295-7755
Facsimile: (408) 295-744

/nj

Attorney for Plaintiff

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DENICE R. GREENWALT-BALTRONS, ) | Case No.: 2:06-CV-00406-KJM |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | STIPULATION AND ORDER |
| ) | |
| ) | |
| JO ANNE B. BARNHART, ) | |
| Commissioner, Social Security ) | |
| Administration, ) | |
| ) | |
| Defendant. ) | |
| ) | |

　　　　Plaintiff and Defendant, through their respective attorneys, hereby stipulate that Plaintiff shall have a second extension of time up through and including Wednesday, November 22, 2006 in which to file her Motion for Summary Judgment. This extension is necessitated by the number of other cases Plaintiff's counsel currently has before the district court that also require briefing.

1

STIPULATION AND ORDER

| | |
|---|---|
| Dated: October 18, 2006 | /s/BOBBIE J. MONTOYA<br>BOBBIE J. MONTOYA<br>Assistant U.S. Attorney |
| | |
| Dated: October 18, 2006 | /s/HARVEY P. SACKETT<br>HARVEY P. SACKETT<br>Attorney for Plaintiff<br>DENICE R. GREENWALT-BALTRONS |

IT IS SO ORDERED.

Dated:   October 25, 2006

_____
U.S. MAGISTRATE JUDGE

2

STIPULATION AND ORDER