HARVEY P. SACKETT (72488)
SACKETT AND ASSOCIATES
A PROFESSIONAL LAW CORP.
1055 Lincoln Avenue
Post Office Box 5025
San Jose, California 95150-5025
Telephone: (408) 295-7755
Facsimile: (408) 295-744

/nj

Attorney for Plaintiff

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DENICE R. GREENWALT-BALTRONS, ) | Case No.: 2:06-CV-00406-KJM |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | STIPULATION AND ORDER |
| ) | |
| ) | |
| JO ANNE B. BARNHART, ) | |
| Commissioner, Social Security ) | |
| Administration, ) | |
| ) | |
| Defendant. ) | |
| ) | |

Plaintiff and Defendant, through their respective attorneys, hereby stipulate that Plaintiff shall have a third and final extension of time up through and including Wednesday, December 6, 2006 in which to file her Motion for Summary Judgment. This extension is necessitated by the number of other cases Plaintiff's counsel currently has before the district court that also require briefing.

1

STIPULATION AND ORDER

1
2
3  Dated: November 17, 2006                    /s/BOBBIE J. MONTOYA
                                               BOBBIE J. MONTOYA
4                                              Assistant U.S. Attorney
5
6
7  Dated: November 17, 2006                    /s/HARVEY P. SACKETT
                                               HARVEY P. SACKETT
8                                              Attorney for Plaintiff
                                               DENICE R. GREENWALT-BALTRONS
9
10 IT IS SO ORDERED.
11
12
13 Dated:   November 20, 2006.
14
                                               _____
15                                             UNITED STATES MAGISTRATE JUDGE
16
17
18
19
20
21
22
23
24
25
26
27
28

2

STIPULATION AND ORDER