IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

DENICE GREENWALT-BALTRONS,

    Plaintiff,                        No. CIV S-06-0406 KJM

    vs.

MICHAEL J. ASTRUE,
Commissioner of Social Security,

    Defendant.                     ORDER

_____/

        Plaintiff has filed a request for extension of time to file an appeal. Judgment was entered September 28, 2007. Plaintiff's request was filed November 26, 2007 along with a notice of appeal. Under Federal Rule of Appellate Procedure 4(a)(1)(B), plaintiff's notice of appeal is timely. Plaintiff's request for extension of time is therefore denied as unnecessary.

DATED: November 30, 2007.

_____
U.S. MAGISTRATE JUDGE

006
greenwalt.eot

1