HARVEY P. SACKETT (72488)

**SACKETT AND ASSOCIATES**
A PROFESSIONAL LAW CORP.

1055 Lincoln Avenue
Post Office Box 5025
San Jose, California 95150-5025
Telephone: (408) 295-7755
Facsimile:  (408) 295-7444

Attorney for Plaintiff

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DENICE R. GREENWALT-BALTRONS, ) | No.: C 2:06-CV-00406 KJM |
| ) | |
| Plaintiff, ) | |
| ) | |
| ) | |
| v. ) | NOTICE AND ORDER OF SUBSTITUTION |
| ) | OF COUNSEL |
| ) | |
| MICHAEL J. ASTRUE, ) | |
| Commissioner, ) | |
| Social Security Administration, ) | |
| ) | |
| Defendant. ) | |
| ) | |

PLEASE TAKE NOTICE DENICE GREENWALT-BALTRONS, Plaintiff in the above-captioned case, hereby substitutes herself In pro per, in the place and stead of HARVEY P. SACKETT.

Dated:  January 11, 2008      */s/Denice Greenwalt-Baltrons*
                              DENICE GREENWALT-BALTRONS

Dated: January 11, 2008       */s/Harvey P. Sackett*
                              HARVEY P. SACKETT

1

NOTICE AND ORDER OF SUBSTITUTION OF COUNSEL

IT IS SO ORDERED.

Dated: January 14, 2008.

```
                                    _____
                                    U.S. MAGISTRATE JUDGE
```